# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

RECEIVED MAY 23 2014 United States Marshals Service Western North Carolina

FILED CHARLOTTE, NC JUN 03 2014 US District Court Western District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:14mj90 |
| Material Witness ) | |
| *Defendant* ) | |

## WARRANT FOR THE ARREST OF A WITNESS
## OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Candise Griffin, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date and time issued: 5-20-14 2:37 PM

_____
*Issuing officer's signature*

City and state: Charlotte, North Carolina

David S. Cayer
U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/23/2014, and the person was arrested on *(date)* 5/28/2014
at *(city and state)* CHARLOTTE, NC.

Date: 5/30/2014

_____
*Arresting officer's signature*

ZEN VIOLA, SDUSM
*Printed name and title*