UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re the Matter of | ) | DOCKET NO. 3:14MJ90 |
| | ) | |
| Material Witness | ) | **MOTION TO DISMISS MATTER** |
| CANDISE GRIFFIN | ) | **AND WARRANT** |
| | ) | |

NOW COMES the United States of America and moves to dismiss this matter, including the pending arrest warrant. The United States initiated this matter pursuant to a request for a material witness warrant under 18 U.S.C. § 1344 for Candise Griffin to secure her testimony. After Ms. Griffin was arrested on this warrant, she was released on conditions pending her testimony in the case of *United States v. Shahid Muslim*, 3:13CR307. Ms. Griffin completed her testimony on the afternoon of August 7, 2014. After her testimony, counsel for the United States and counsel for Ms. Griffin confirmed the existence of an arrest warrant for Ms. Griffin based upon the violation of her conditions of release. Upon information and belief, Ms. Griffin removed her GPS monitor during the weekend of August 2, 2014, and such conduct forms the basis of the warrant for violation of conditions of release.

Although the removal of the GPS monitor is a serious matter, as is any violation of the Court's orders, the United States respectfully requests that the arrest warrant and this matter be dismissed. Ms. Griffin was placed on Court supervision in order to secure her testimony, which has been completed. Additionally, the United States submits that Ms. Griffin has been the victim of a crime currently on trial and that further incarceration or punishment of Ms. Griffin does not serve any useful law enforcement purpose in the very unusual facts of this matter.

WHEREFORE, the United States respectfully requests that this matter, including the pending arrest warrant be dismissed.

Respectfully submitted, this 7th day of August 2014.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

s/ Kelli H. Ferry
Assistant United States Attorney
Washington D.C. Bar
Attorney for the United States
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
Kelli.ferry@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2014 the foregoing Motion was duly served upon counsel for the defendant in the following manner:

By electronic notification from the Court to:

    C. Melissa Owen
    *Counsel for Candise Griffin*

                                    ANNE M. TOMPKINS
                                    UNITED STATES ATTORNEY

                                    s/ Kelli H. Ferry
                                    Assistant United States Attorney